# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

October 27, 2025

**Before**

DIANE S. SYKES, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 24-2572 | |
| CHRISTOPHER PABLE,<br>    *Plaintiff-Appellant,*<br>  and<br>TIMOTHY A. DUFFY<br>    *Appellant.*<br><br>       *v.*<br><br>CHICAGO TRANSIT AUTHORITY<br>and CLEVER DEVICES, LTD.,<br>    *Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:19-cv-07868<br><br>Robert W. Gettleman,<br>*District Judge.* |

**O R D E R**

Plaintiff-Appellant Christopher Pable filed a petition for rehearing and rehearing *en banc* on October 9, 2025. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the panel have voted to deny the petition for rehearing.[1]

The petition for rehearing and rehearing *en banc* is therefore **DENIED**.

---

[1] Circuit Judge Nancy L. Maldonado did not participate in the consideration of this petition for rehearing en banc.