# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 4, 2025

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| No. 24-2572 | CHRISTOPHER GEORGE PABLE,<br>Plaintiff - Appellant<br><br>and<br><br>TIMOTHY A. DUFFY<br>Appellant<br><br>v.<br><br>CHICAGO TRANSIT AUTHORITY and CLEVER DEVICES, LTD.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-07868<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                             No record to be returned

form name: **c7_Mandate**    (form ID: **135**)